**Order entered February 15, 2019**



### In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01175-CV

### STEVEN D. CATHCART, Appellant

### V.

### DEWIGHT JONES, ET AL., Appellees

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 98750-422**

## ORDER

Before the Court is appellant's February 14, 2019 motion for appointment of counsel. This Court does not appoint counsel and will take no action on the motion. However, we **DIRECT** the Clerk of the Court to send appellant a copy of the required Docketing Statement along with a copy of the pamphlet explaining the Pro Bono Program created by the Dallas Volunteer Attorney Program and Dallas Bar Association's Appellate Law Section Pro Bono Committee. Appellant may ask to be considered for participation in the Program when he completes and returns the required Docketing Statement.

On our own motion, we **EXTEND** the deadline for filing appellant's brief and **ORDER** the brief be filed no later than March 22, 2019.

/s/     KEN MOLBERG
JUSTICE